UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL ANTHONY HICKS,<br><br>Plaintiff,<br><br>v.<br><br>GOSAI, *et al*.,<br><br>Defendants. | Case No. 2:20-cv-02303-JDP (PC)<br><br>ORDER DISCHARGING THE APRIL 26, 2021 ORDER TO SHOW CAUSE<br><br>ECF No. 10 |

Since plaintiff has filed a first amended complaint, ECF No. 11, the court discharges its April 26, 2021 order to show cause, ECF No. 10. The court will screen plaintiff's amended complaint in due course.

IT IS SO ORDERED.

Dated: May 10, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE