IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DARYL ANTHONY HICKS,** | 2:20-cv-02303-KJM-JDP |
| Plaintiff, | ~~**(PROPOSED)**~~ **ORDER** |
| **v.** | |
| **GOSAI, et al.,** | |
| Defendants. | |

    **GOOD CAUSE APPEARING,** Defendants' motion for an administrative relief re-extension of time to file a responsive pleading is granted.  The deadline for Defendants to file a responsive pleading is extended to November 7, 2022.

IT IS SO ORDERED.

Dated:   August 22, 2022                  _____
                                         JEREMY D. PETERSON
                                         UNITED STATES MAGISTRATE JUDGE