UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL ANTHONY HICKS,<br><br>    Plaintiff,<br><br>    v.<br><br>GOSAI, *et al.*,<br><br>    Defendants. | Case No.  2:20-cv-02303-KJM-JDP (PC)<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 40 |

Defendants have filed a motion for an extension of time to file a responsive pleading. ECF No. 40.  Good cause appearing, it is hereby ORDERED that:

   1. Defendants' motion for an extension of time, ECF No. 40, is granted.

   2. Defendants shall file either an answer or a Rule 12 motion to plaintiff's fourth amended complaint, ECF No. 32, by February 6, 2023.

IT IS SO ORDERED.

Dated:   January 6, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE