IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL ANTHONY HICKS,<br><br>Plaintiff,<br><br>v.<br><br>GOSAI, et al.,<br><br>Defendants. | No. 2:20-CV-2303-KJM-JDP-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. A settlement conference is scheduled for April 11, 2023, at 9:00 a.m., before the undersigned via Zoom. The parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> at 2986 Bechelli Lane, Third Floor, Redding, California 96002 by April 4, 2023. These statements <u>shall not be filed</u>. Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms. <u>See</u> Local Rule 270(f)(1).

IT IS SO ORDERED.

Dated: March 16, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1