IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARYL ANTHONY HICKS,**<br><br>Plaintiff,<br><br>v.<br><br>**GOSAI, et al.,**<br><br>Defendants. | Case No. 2:20-cv-02303-DJC-JDP<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |

Good cause appearing, Defendants' motion to modify the Discovery and Scheduling Order, ECF No. 56, is granted. The parties are granted a 45-day extension of time to complete discovery and file any discovery motions, if necessary. The new deadline is January 22, 2024. No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated:   December 7, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE