IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARYL ANTHONY HICKS,**<br><br>Plaintiff,<br><br>v.<br><br>**GOSAI, et al.,**<br><br>Defendants. | Case No. 2:20-cv-02303-DJC-JDP<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER |

Good cause appearing, Defendants' motion to modify the Discovery and Scheduling Order (ECF No. 59) is granted. The parties are granted a 90-day extension of time to complete discovery and file any discovery motions, if necessary. The new deadline is April 22, 2024. Further, the parties are granted a 60 extension of the summary-judgment deadline. The new deadline is July 2, 2024. No other deadlines are impacted by this Order.

IT IS SO ORDERED.

Dated: January 24, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE