IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARYL ANTHONY HICKS,**<br><br>Plaintiff,<br><br>v.<br><br>**GOSAI, et al.,**<br><br>Defendants. | Case No. 2:20-cv-02303-DJC-JDP<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANTS' FOURTH MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |

GOOD CAUSE APPEARING, Defendants' fourth motion to modify the Discovery and Scheduling Order is granted. The parties are granted an extension of time to file summary-judgment motions, if necessary. The new deadline will be 60 days after the Court issues an order on Defendants' pending motion for terminating sanctions. No other deadlines are impacted by this Order.

IT IS SO ORDERED.

Dated:   September 9, 2024                    _____
                                              JEREMY D. PETERSON
                                              UNITED STATES MAGISTRATE JUDGE