UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL ANTHONY HICKS,

    Plaintiff,

v.

GOSAI, *et al.*,

    Defendants.

Case No.  2:20-cv-2303-DC-JDP (P)

ORDER

Plaintiff filed a motion for extension of time to comply with the court's April 29, 2025 order and for the appointment of counsel.[1]  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time, ECF No. 88, is GRANTED in part;

    2. Plaintiff is granted twenty-one days from the date of this order in which comply with the court's April 29, 2025 order;

    3. Plaintiff's request for the appointment of counsel, ECF No. 88, is DENIED for the

---

[1] On May 30, 2025, defendants filed a renewed motion for terminating sanctions due to plaintiff's repeated failure to respond to their discovery requests. ECF No. 89.  As the docket demonstrates, the court has been generous in providing plaintiff additional opportunities to comply with his litigation obligations.  But the time has come for plaintiff to comply with his obligation or face closure of this case.  The court is disinclined to grant plaintiff any further extensions.  Should he not comply with the court's April 29, 2025 order within twenty-one days, I will rule on defendants' motion for terminating sanctions.

1

reasons articulated in the court's April 29, 2025 order.

IT IS SO ORDERED.

Dated:   June 5, 2025                                          /s/ Jeremy Peterson
                                                               JEREMY D. PETERSON
                                                               UNITED STATES MAGISTRATE JUDGE