UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL ANTHONY HICKS,<br><br>          Plaintiff,<br><br>     v.<br><br>GOSAI, *et al.*,<br><br>          Defendants. | Case No.  2:20-cv-2303-DC-JDP (P)<br><br>ORDER |

Plaintiff has filed a motion for an extension of time to comply with the court's April 29, 2025 order.  ECF No. 91.  The court, however, granted plaintiff an extension four days earlier, on June 5, 2025.  ECF No. 90.  Plaintiff's motion has not demonstrated good cause to grant him additional time past what the court has already provided.  Plaintiff's response to the court's April 29, 2025 order is due June 26, 2025.

Accordingly, it is hereby ORDERED that plaintiff's motion for an extension of time, ECF No. 91, is DENIED.

IT IS SO ORDERED.

Dated:   June 11, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE