UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DARYL ANTHONY HICKS,<br><br>Plaintiff,<br><br>v.<br><br>GOSAI, et al.,<br><br>Defendants. | No. 2:20-cv-02303-DC-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 103, 109) |

On September 29, 2025, the court issued an order adopting the assigned magistrate judge's findings and recommendations granting Defendants' renewed motion for terminating sanctions (Doc. No. 89) and dismissing this case. (Doc. No. 101.) That same day, Plaintiff filed a motion to amend the judgment. (Doc. No. 103.)

On October 22, 2025, the magistrate judge filed findings and recommendations herein, which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 109.) The parties have not filed objections to the findings and recommendations, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed on October 22, 2025 (Doc. No. 109) are ADOPTED in full;

2.    Plaintiff's motion to amend the judgment (Doc. No. 103) is DENIED; and

3.    This case shall remain closed.


IT IS SO ORDERED.

Dated:    **January 24, 2026**    _____

Dena Coggins
United States District Judge

2